STATE OF NEW JERSEY v. JOHN L. HALL.

February 15, 1983.

Petition for certification denied.

A. DeALMEIDA & SONS CONSTRUCTION, INC.
v. CARDELL, INC.

February 15, 1983.

Petition for certification denied.

LILLIAN TOBIAS v. COMCO/AMERICA, INC.

February 15, 1983.

Petition for certification granted.

RICHARD KLINGER v. BOARD OF EDUCATION OF THE
TOWNSHIP OF CRANBURY, MIDDLESEX COUNTY.

February 15, 1983.

Petition for certification denied.